UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENJAMIN MOGNI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIRST MIDWEST BANCORP, INC., MICHAEL L. SCUDDER, BARBARA A. BOIGEGRAIN, THOMAS L. BROWN, PHUPINDER S. GILL, KATHRYN J. HAYLEY, PETER J. HENSELER, FRANK B. MODRUSON, ELLEN A. RUDNICK, MARK G. SANDER, MICHAEL J. SMALL, and STEPHEN C. VAN ARSDELL,<br><br>　　　　　Defendants. | Case No.: 21-cv-6444 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: July 7, 2022

　　　　　　　　　　　　　　　　　　　　**MOORE KUEHN, PLLC**

　　　　　　　　　　　　　　　　　　　　*/s/Justin Kuehn*
　　　　　　　　　　　　　　　　　　　　Justin A. Kuehn
　　　　　　　　　　　　　　　　　　　　Fletcher W. Moore
　　　　　　　　　　　　　　　　　　　　30 Wall Street, 8th floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　　Tel: (212) 709-8245
　　　　　　　　　　　　　　　　　　　　jkuehn@moorekuehn.com
　　　　　　　　　　　　　　　　　　　　fmoore@moorekuehn.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*